**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KELLY JACKSON** **PLAINTIFF**

**v.** **No. 4:26-cv-610-DPM**

**ARKANSAS DEPARTMENT OF HUMAN SERVICES** **DEFENDANT**

## ORDER

Jackson filed her complaint more than ninety days ago. No answer or Rule 12 motion has been filed. Summons issued; but the docket is silent about service. Jackson must file proof of service, or move to reopen and extend the service period for good cause shown, by 1 October 2026. If she doesn't the Court will dismiss the complaint without prejudice. Fed. R. Civ. P. 4(m).

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 September 2026